UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KENNETH FLOTO,

              Plaintiff,                            16 Civ. 136 (LEK/DEP)

      -against-                          STIPULATION OF DISMISSAL

DELAWARE & HUDSON RAILWAY COMPANY,

              Defendant.
-------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED:  September  , 2019
             NASSAU, NEW YORK

                                  Flynn & Wietzke, P.C.
                                  Attorneys for Plaintiff

                                  By:_____
                                    A Member of the Firm

                                  Dickie, McCamey & Chilcote, PC
                                  Attorneys for Defendant

                                  By:_____
                                    A Member of the Firm