UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KENNETH FLOTO,

              Plaintiff,                        16 Civ. 136 (LEK/DEP)

     -against-                      STIPULATION OF DISMISSAL

DELAWARE & HUDSON RAILWAY COMPANY,

              Defendant.
-------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED:  September  , 2019
             NASSAU, NEW YORK

Flynn & Wietzke, P.C.
Attorneys for Plaintiff

By: _____
A Member of the Firm

Dickie, McCamey & Chilcote, PC
Attorneys for Defendant

By: _____
A Member of the Firm

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: September 18, 2019
       Albany, NY